**D.D. 84-46.** Disciplinary Counsel v. Hazelkorn. On motion for reconsideration of February 24, 1988 contempt order. Reconsideration denied.

# DISCIPLINARY DOCKET

**C.F. 88-2.** In re Application of Ridenour. The request of Robert D. Ridenour for registration as a candidate for admission to the practice of law and to take the bar examination is denied.

**D.D. 87-22.** Dayton Bar Assn. v. Todd. On motion for payment of costs in installments. Motion granted.

**D.D. 88-15.** Disciplinary Counsel v. Clark. On motion to appear and present argument. Motion granted.